IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRIAN JAMES AZURE, | CV 25-34-GF-DWM |
| Plaintiff, | |
| vs. | ORDER |
| CASCADE COUNTY, ET AL., | |
| Defendants. | |

Plaintiff Brian James Azure lodged a Complaint with the Court and filed a motion for leave to proceed in forma pauperis. (Docs. 1 and 2.) Azure failed to file his account statement with his motion. The Clerk of Court notified him of this requirement, and of the requirement that he update the Clerk with any change of address. (Doc. 3.) This mail was returned undeliverable, as Azure has left Cascade County Detention Facility. The case cannot proceed without the ability to communicate with Azure.

Accordingly, the above-referenced matter is DISMISSED, without prejudice. The Clerk of Court is directed to close the case. All pending motions are DENIED as moot.

DATED this 27th day of May, 2025.

_____
Donald W. Molloy, District Judge
United States District Court